IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCUS STEPHON HEATH,

      Appellant,

 v.                         Case No. 5D23-315
                                 LT Case No. 2018-CF-006413

STATE OF FLORIDA ,

      Appellee.
_____/

Decision filed July 18, 2023

Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Matthew J. Metz, Public Defender, and
George D. E. Burden, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Virginia
Chester Harris, Senior Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, BOATWRIGHT and MACIVER, JJ., concur.